August 23, 2016



# JUDGMENT

# The Fourteenth Court of Appeals

IN THE MATTER OF THE MARRIAGE OF FAYESHA JANEEN LOUISE
JONES AND CHARLES DARNELL JONES,

NO. 14-16-00073-CV

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on December 22, 2015. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant.

We further order this decision certified below for observance.